**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT J DIMLER,

    Plaintiff,

v.                                                  Case No: 8:20-mc-55-T-30JSS

PRESTIGE CHRYSLER JEEP DODGE
LLC and CHRYSLER CAPITAL AUTO
FINANCIAL,

    Defendants.

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. 2). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 2) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 1) is **DENIED** without prejudice.

3. Plaintiff's case is **DISMISSED** without prejudice to file an amended complaint within twenty (20) days of this Order. Failure to file the amended complaint by that time will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of July, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record