UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT J DIMLER,

    Plaintiff,

v.                                                      Case No: 8:20-cv-1926-T-30JSS

PRESTIGE CHRYSLER JEEP DODGE
LLC and CHRYSLER CAPITAL AUTO
FINANCIAL,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. 7).   The Court notes that Plaintiff has not filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.   The Plaintiff did file a motion for an extension of time to file an amended complaint (Dkt. 8).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 7) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 5) is **DENIED** without prejudice.

3. Plaintiff's Motion for Extension of Time (Dkt. 8) is granted to the extent that he has twenty (20) days to file a second amended complaint.

4. Plaintiff's Amended Complaint (Dkt. 4) is **DISMISSED** without prejudice and with leave to file a second amended complaint that sets forth facts to support the exercise of personal jurisdiction over Defendants, if any. Failure to file a second amended complaint within twenty (20) days of this Order will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of November, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record